■ LESLIE BENZIES, Respondent-Appellant, v TAKE-TWO INTERACTIVE SOFTWARE, INC., et al., Appellants-Respondents. [52 NYS3d 629]—Appeal and cross appeal from order, Supreme Court, New York County (Barry R. Ostrager, J.), entered December 22, 2016, which granted in part and denied in part defendants' motion to dismiss the complaint, unanimously dismissed, without costs, as moot.

After defendants submitted papers on their appeal, but before plaintiff submitted papers on his opposition and cross

appeal, plaintiff filed an amended complaint before Supreme Court. A motion to dismiss the amended complaint is pending before Supreme Court. We take judicial notice of the amended complaint (*see Assured Guar. [UK] Ltd. v J.P. Morgan Inv. Mgt. Inc.*, 80 AD3d 293, 303 [1st Dept 2010], *affd* 18 NY3d 341 [2011]), and find that it renders the present appeals moot (*see Federated Project & Trade Fin. Core Fund v Amerra Agri Fund, LP*, 106 AD3d 467 [1st Dept 2013]; *100 Hudson Tenants Corp. v Laber*, 98 AD2d 692, 692 [1st Dept 1983]). Concur—Tom, J.P., Sweeny, Richter, Kapnick and Webber, JJ.